UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SAMMAMISH HILLS OWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 2:24-cv-01009-RSM<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL |

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 24th day of April, 2025.

By  *s/Alfred E. Donohue*
Alfred E. Donohue, WSBA No. 32774
WILSON SMITH COCHRAN DICKERSON
1000 Second Avenue, Suite 2050
Seattle, WA 98104
Phone: 206-623-4100; Fax: 206-623-9273
Email: donohue@wscd.com
Of Attorneys for Defendant Allstate

STIPULATED MOTION AND ORDER FOR
DISMISSAL – 1

|   |   |
|---|---|
| | By  s/Jessica R. Burns (with permission per 4/23/25 email) |
| | Jessica R. Burns, WSBA No. 49852 |
| | Justin D. Sudweeks, WSBA No. 28755 |
| | Jerry H. Stein, WSBA No. 27721 |
| | Daniel J. Stein, WSBA No. 48739 |
| | STEIN, SUDWEEKS & STEIN |
| | 16400 Southcenter Parkway, Suite 410 |
| | Tukwila, WA 98188 |
| | Phone: 206-388-0660; Fax: 206-286-2660 |
| | Email: jessica@condodefects.com |
| | justin@condodefects.com |
| | JStein@condodefects.com |
| | dstein@condodefects.com |
| | Of Attorneys for Plaintiff |

IT IS SO ORDERED.

DATED this 24th day of April, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR DISMISSAL – 2